FEBRUARY 21, 1979

No. 78–669. ELLSWORTH FREIGHT LINES, INC., ET AL. v. MISSOURI HIGHWAY RECIPROCITY COMMISSION ET AL. Appeal from Sup. Ct. Mo. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–809. WALTON v. SMALL BUSINESS ADMINISTRATION. Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–1024. STRONGIN v. NYQUIST, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL. Appeal from Ct. App. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–1048. MURPHY v. PENNSYLVANIA STATE BOARD OF BAR EXAMINERS ET AL. Appeal from Sup. Ct. Pa. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–883. NEWMAN SIGNS, INC. v. HJELLE, STATE HIGHWAY COMMISSIONER OF NORTH DAKOTA, ET AL. Appeal from Sup. Ct. N. D. dismissed for want of substantial federal question.